# CHAPTER 13 PLAN (INDIVIDUAL ADJUSTMENT OF DEBTS)

| DEBTOR(S) | (H) KENNETH THOMPSON<br>(W) NANCY THOMPSON | S.S.# XXX-XX-9717<br>S.S.# XXX-XX-8458 |
|---|---|---|
| **ADDRESS** | 10023 CAMERON RIDGE TRAIL<br>CORDOVA, TN 38016 | |
| **PLAN PAYMENT** | **DEBTOR(S) TO PAY $525.00 SEMI-MONTHLY** | |
| **PAYROLL DEDUCTION** | | [XX] DIRECT PAY<br>Because: BOTH IN MANGERIAL POSITIONS<br>1st payment date: W/I 30 DAYS |
| **ADMINISTRATIVE** | Pay filing fee, trustee fee, and debtor's attorney fee pursuant to court order. **Adequate protection payments will be 1/4 (25%) of the proposed creditor monthly payment. Failure to file timely written objection to confirmation will be deemed acceptance of the plan.** | |

| | | PLAN PMNT |
|---|---|---|
| **AUTO INSURANCE** | [XX] Not included    [   ] Included in Plan | |
| **UNSECURED PRIORITY CREDITOR(S) CLASS I (100%)** | | |
| NONE | | |

| **HOME MORTGAGE(S)** | | |
|---|---|---|
| US BANK (CURRENT)<br>(HOUSE AT 10023 CAMERON RIDGE TRAIL TO BE PAID OUTSIDE PLAN) | Ongoing Payment begins | |
| WELLS FARGO (CURRENT)<br>(HOUSE AT 10023 CAMERON RIDGE TRAIL TO BE PAID OUTSIDE PLAN) | Approx. Arrearage: $ | |
| | ONGOING TO BEGIN | |
| | APPROX ARREARS $ | |

| **SECURED CREDITORS**<br>(retain lien 11 U.S.C. 1325(a)(5)) | **COLLATERAL VALUE** | **INTEREST RATE** | **MONTHLY PAYMENT** |
|---|---|---|---|
| SANTANDER CONSUMER USA<br>(07 FORD EXPLORER) | $17,275 | 5.25% | $335 |
| | | | |
| | | | |
| | | | |
| | | | |

| **UNSECURED CREDITORS** | Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts. General unsecured creditors will receive TBD%. |
|---|---|
| **ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT** | $58,000 |
| **TERMINATION** | Plan shall terminate upon payment of the above in **60** months. |